[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 2, 2008
THOMAS K. KAHN
CLERK

No. 08-13462
Non-Argument Calendar

_____

D. C. Docket No. 94-14060-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY EUGENE PATTERSON,
a.k.a. Alvin Patterson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 2, 2008)**

Before BIRCH, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Stephen J. Golembe, appointed counsel for Ricky Eugene Patterson, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and we **AFFIRM**.